# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

REBECCA A. BUTLER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:16-cv-1183
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

The parties have filed a Joint Motion to Remand [ECF No. 15] to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Per the parties' agreement, the Appeals Council will, on remand, vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is under a disability as defined by the Social Security Act. This case is, accordingly, **REMANDED** to the Commissioner for further proceedings. The Clerk is **DIRECTED** to enter final judgment on this matter.

    **IT IS SO ORDERED.**

7-31-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE